No. 80–6633.   CHAVIS $v.$ HENDERSON, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.   ▮

No. 80–6636.   HAMMONS $v.$ CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 80–6637.   THOMPSON $v.$ SCHOEN, CORRECTIONS COMMISSIONER, ET AL.   C. A. 8th Cir.   Certiorari denied.   ▮

No. 80–6639.   YOUNG $v.$ ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 80–6643.   DAVIS $v.$ UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–6644.   SHAW $v.$ CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 80–6647.   MCCOLPIN $v.$ LAMUNYON.   C. A. 10th Cir. Certiorari denied.

No. 80–6650.   PALMER $v.$ INDIANA.   Ct. App. Ind.   Certiorari denied.

No. 80–6652.   BELCOURT $v.$ RHODE ISLAND.   Sup. Ct. R. I.   Certiorari denied.

No. 80–6653.   CLARK $v.$ ROMERO, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 80–6656.   RODRIGUEZ $v.$ TROST, DBA TROST MODEL CRAFT HOBBIES.   C. A. 7th Cir.   Certiorari denied.   ▮

No. 80–6658.   LEWIS $v.$ SAFEWAY STORES, INC., ET AL. C. A. 9th Cir.   Certiorari denied.